# UNITED STATES DISTRICT COURT

for the
Northern District of Georgia

| | |
|---|---|
| **KEVIN BACHHUBER,, on behalf of himself and others similarly situated,** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 4:25-cv-214-WMR |
| | ) |
| | ) |
| **Peach Tree Commercial Capital, LLC** | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Rita Conley, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to Peach Capital, LLC. in Paulding County, GA on August 6, 2025 at 8:31 am at 12 Wesley Drive, Acworth, GA 30101 by leaving the following documents with Martinez jay who as Ceo is authorized by appointment or by law to receive service of process for Peach Capital, LLC..

PROOF OF SERVICE, JURY TRIAL DEMANDED, COMPLAINT - CLASS ACTION

Hispanic or Latino Male, est. age Unknown, glasses: N, Black hair, 200 lbs to 220 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=34.0074769,-84.7412034
Photograph: See Exhibit 1

Total Cost: $156.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Paulding County_ ,

_GA_ on _8/6/2025_ .

/s/ *Rita Conley*
_____
Signature
Rita Conley
+1 (943) 265-7001

