# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| KEVIN BACHHUBER, on behalf of himself and others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>PEACH TREE COMMERCIAL CAPITAL, LLC,<br><br>  Defendant. | )<br>)<br>)<br>) CIVIL ACTION NO.<br>) 4:25-CV-00214-WMR<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR EXTENSION OF TIME

COME NOW the Plaintiff Kevin Bachhuber and the Defendant Peach Tree Commercial Capital, LLC, and stipulate for an extension of time through September 12, 2025, for Defendant to answer, plead, or otherwise respond to Plaintiff's Complaint.

1

9398914v.1

Respectfully submitted, this 26th day of August, 2025.

         COPELAND, STAIR, VALZ & LOVELL, LLP

         */s/ Mark D. Lefkow*
         MARK D. LEFKOW
         Georgia Bar No.: 004289
         *Attorneys for Defendant Peach Tree Commercial Capital, LLC*

191 Peachtree Tower, Suite 3600
191 Peachtree Street, NE
Atlanta, Georgia 30303-1740
Phone: 404-522-8220
Fax: 404-523-2345
Email: mlefkow@csvl.law

         PARONICH LAW, P.C.

         */s/Anthony I. Paronich*
         ANTHONY I. PARONICH
         *Admitted Pro Hac Vice*
         *Attorneys for Plaintiff Kevin Bachhuber*

350 Lincoln Street, Ste. 2400
Hingham, MA 02043
Phone: 617-485-0018
Email: anthony@paronichlaw.com

\* The above counsel certify that this document was prepared in Times New Roman 14-point font, one of the fonts and typeface sizes allowed by the Local Rules of the Northern District of Georgia, LR 5.1C.

9398914v.1