IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| KEVIN BACHHUBER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PEACH TREE COMMERCIAL CAPITAL, LLC,<br><br>Defendant. | CIVIL ACTION NO.<br>4:25-CV-00214-WMR |

**MOTION TO EXTEND TIME**

COME NOW the Plaintiff Kevin Bachhuber and the Defendant Peach Tree Commercial Capital, LLC, pursuant to Fed.R.Civ.P. Rule 6, and moves for an extension of time through and including September 12, 2025, to answer, plead, or otherwise respond to Plaintiff's Complaint. Defendant shows as follows:

1.

Plaintiff filed this action on August 1, 2025, and the docket reflects an Answer being due on August 27, 2025.

1

9398914v.1

2.

Plaintiff and Defendant stipulated to an extension of time for Defendant to answer, plead, or otherwise defend Plaintiff's Complaint through September 12, 2025. (Doc. 8.)

3.

The undersigned counsel was hired for Defendant's representation on August 26, 2025, and requests more time to answer or otherwise defend in response to Plaintiff's Complaint.

4.

This is the first request for extension and it is not filed for purposes of delay or any improper purpose.

9398914v.1

WHEREFORE, for good cause, Defendant moves to extend the time for it to answer, defend, or otherwise plead in response to Plaintiff's Complaint through and including September 12, 2025. A proposed Order is submitted herewith.

Respectfully submitted, this 26th day of August, 2025.

        COPELAND, STAIR, VALZ & LOVELL, LLP

        */s/ Mark D. Lefkow*
        MARK D. LEFKOW
        Georgia Bar No.: 004289
        *Attorneys for Defendant Peach Tree Commercial Capital, LLC*

191 Peachtree Tower, Suite 3600
191 Peachtree Street, NE
Atlanta, Georgia 30303-1740
Phone: 404-522-8220
Fax: 404-523-2345
Email: mlefkow@csvl.law

\* The above counsel certify that this document was prepared in Times New Roman 14-point font, one of the fonts and typeface sizes allowed by the Local Rules of the Northern District of Georgia, LR 5.1C.

9398914v.1