**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| KEVIN BACHHUBER, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 4:25-CV-00214-WMR |
| vs. | ) ) | |
| PEACH TREE COMMERCIAL CAPITAL, LLC, | ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

This matter is before the Court on Defendant's Motion to Extend Time (Doc.

9), and the parties' Stipulation for Extension of Time (Doc. 8). For good cause

shown, the Court HEREBY GRANTS the Motion.

1

9398914v.1

IT IS FURTHER ORDERED that Defendant shall have through and including September 12, 2025, to plead, defend, or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED, this the ____ day of August, 2025.

_____
HONORABLE WILLIAM M. RAY
Judge, U.S. District Court, Northern District of Georgia

2

9398914v.1