# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| KEVIN BACHHUBER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PEACH TREE COMMERCIAL CAPITAL, LLC,<br><br>Defendant. | CIVIL ACTION NO.<br>4:25-CV-00214-WMR |

## ANSWER TO COMPLAINT

COME NOW the Defendant Peach Tree Commercial Capital, LLC, pursuant to Fed.R.Civ.P. Rule 6, and answers Plaintiff's Complaint as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

1

9398914v.1

## **SECOND AFFIRMATIVE DEFENSE**

Defendant is misnamed and Plaintiff has failed to join the real party in interest and the party in whose absence complete relief cannot be afforded. Defendant is not the entity that solicited Plaintiff by phone. It made one phone call to Plaintiff in response to a call he placed seeking to discover the identity of the "Peachtree Capital" company that he believed called him.

## **THIRD AFFIRMATIVE DEFENSE**

Defendant answers the individually numbered paragraphs in Plaintiff's Complaint as follows:

1.

Paragraph 1 is not a short and plain statement of facts entitling Plaintiff to relief, but an impermissible statement as to conclusions of law as to which no response is required. Therefore, Defendant denies the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.

Defendant denies the allegations contained in Paragraph 2 of Plaintiff's Complaint.

9398914v.1

3.

Defendant denies the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.

Defendant denies the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.

Defendant denies the allegations contained in Paragraph 5 of Plaintiff's Complaint.

## **PARTIES**

6.

Defendant admits the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7.

Defendant admits the allegations contained in Paragraph 7 of Plaintiff's Complaint.

## JURISDICTION AND VENUE

8.

Defendant admits the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9.

Defendant admits the allegations contained in Paragraph 9 of Plaintiff's Complaint, subject to the caveat that Defendant is not the entity that placed solicitation calls to Plaintiff.

## TCPA BACKGROUND

10.

Defendant admits the allegations contained in Paragraph 10 of Plaintiff's Complaint, subject to the caveat that Defendant is not the entity that placed solicitation calls to Plaintiff and, now that *Chevron* has been overruled, some agency guidance is in doubt.

9398914v.1

11.

Paragraph 11 of Plaintiff's Complaint calls for a legal conclusion. Defendant denies that it is the entity that placed solicitation calls to Plaintiff and, now that *Chevron* has been overruled, some agency guidance is in doubt.

12.

Paragraph 12 of Plaintiff's Complaint calls for a legal conclusion. Defendant denies that it is the entity that placed solicitation calls to Plaintiff and, now that *Chevron* has been overruled, some agency guidance is in doubt.

## FACTUAL ALLEGATIONS

13.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint and, as such, denies the allegations.

14.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiff's Complaint and, as such, denies the allegations.

15.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint and, as such, denies the allegations.

16.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 16 of Plaintiff's Complaint and, as such, denies the allegations.

17.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint and, as such, denies the allegations.

18.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 18 of Plaintiff's Complaint and, as such, denies the allegations.

9398914v.1

19.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 19 of Plaintiff's Complaint and, as such, denies the allegations.

20.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 20 of Plaintiff's Complaint and, as such, denies the allegations.

21.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint and, as such, denies the allegations.

22.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 22 of Plaintiff's Complaint and, as such, denies the allegations.

9398914v.1

23.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint and, as such, denies the allegations.

24.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 24 of Plaintiff's Complaint and, as such, denies the allegations.

25.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 25 of Plaintiff's Complaint and, as such, denies the allegations.

26.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 26 of Plaintiff's Complaint and, as such, denies the allegations.

9398914v.1

27.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 27 of Plaintiff's Complaint and, as such, denies the allegations.

28.

Answering Paragraph 28 of Plaintiff's Complaint, Defendant admits that Plaintiff was never a customer of Defendant and that Defendant did not place any telephone solicitations to Plaintiff. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 28 of Plaintiff's Complaint and, as such, denies the allegations.

29.

Defendant denies the allegations contained in Paragraph 29 of Plaintiff's Complaint.

30.

Defendant denies the allegations contained in Paragraph 30 of Plaintiff's Complaint.

9398914v.1

31.

Defendant denies the allegations contained in Paragraph 31 of Plaintiff's Complaint. The referenced number does not belong to Defendant and was not used by Defendant.

32.

Defendant denies the allegations contained in Paragraph 32 of Plaintiff's Complaint. The referenced number does not belong to Defendant and was not used by Defendant.

33.

Defendant denies the allegations contained in Paragraph 33 of Plaintiff's Complaint. The referenced number does not belong to Defendant and was not used by Defendant.

34.

Defendant denies the allegations contained in Paragraph 34 of Plaintiff's Complaint.

35.

Defendant denies the allegations contained in Paragraph 35 of Plaintiff's Complaint. The referenced number does not belong to Defendant and was not used by Defendant.

36.

Answering Paragraph 36 of Plaintiff's Complaint, Defendant states that it received a call on its business line from Plaintiff and, per its habit and practice, it returned the call. In talking with Plaintiff, Defendant's CFO clarified that it had not placed the solicitation calls to Plaintiff, which Plaintiff appeared to accept. Defendant further admits that its website is located at peachtreecap.com.

37.

Defendant denies the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38.

Defendant denies the allegations contained in Paragraph 38 of Plaintiff's Complaint.

9398914v.1

## [PUTATIVE] CLASS ACTION ALLEGATIONS

39.

Defendant denies the allegations contained in Paragraph 39 of Plaintiff's Complaint.

40.

Defendant denies the allegations contained in Paragraph 40 of Plaintiff's Complaint.

41.

Defendant denies the allegations contained in Paragraph 41 of Plaintiff's Complaint.

42.

Defendant denies the allegations contained in Paragraph 42 of Plaintiff's Complaint.

43.

Defendant denies the allegations contained in Paragraph 43 of Plaintiff's Complaint.

44.

Defendant denies the allegations contained in Paragraph 44 of Plaintiff's Complaint.

45.

Defendant denies the allegations contained in Paragraph 45 of Plaintiff's Complaint.

46.

Defendant denies the allegations contained in Paragraph 46 of Plaintiff's Complaint.

47.

Defendant denies the allegations contained in Paragraph 47 of Plaintiff's Complaint.

48.

Defendant denies the allegations contained in Paragraph 48 of Plaintiff's Complaint.

9398914v.1

49.

Defendant denies the allegations contained in Paragraph 49 of Plaintiff's Complaint.

50.

Defendant denies the allegations contained in Paragraph 50 of Plaintiff's Complaint.

51.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 51 of Plaintiff's Complaint and, as such, denies the allegations. There is no class certified.

52.

Defendant denies the allegations contained in Paragraph 52 of Plaintiff's Complaint.

53.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 53 of Plaintiff's Complaint and, as such, denies the allegations.

9398914v.1

## **FIRST CAUSE OF ACTION**

## **TCPA**

54.

Defendant incorporates its affirmative defenses and the foregoing answers to the individually numbered Paragraphs of Plaintiff's Complaint as though fully set forth herein.

55.

Defendant denies the allegations contained in Paragraph 55 of Plaintiff's Complaint.

56.

Defendant denies the allegations contained in Paragraph 56 of Plaintiff's Complaint.

57.

Defendant denies the allegations contained in Paragraph 57 of Plaintiff's Complaint.

9398914v.1

58.

Defendant denies the allegations contained in Paragraph 58 of Plaintiff's Complaint.

59.

Defendant denies each and every allegation contained in Plaintiff's Complaint which it has not heretofore admitted and denies that Plaintiff is entitled to the relief set forth in the WHEREFORE clauses of the Complaint.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant prays that this Answer be allowed and filed; that Plaintiff's Complaint be dismissed; that Plaintiff recover nothing and that all costs be cast against Plaintiff; in the alternative, that Defendant have a trial by jury on all claims so triable; and for such other and further relief as the Court deems just and proper.

Respectfully submitted, this 26th day of August, 2025.

          COPELAND, STAIR, VALZ & LOVELL, LLP
          */s/ Mark D. Lefkow*
          MARK D. LEFKOW
          Georgia Bar No.: 004289
          *Attorneys for Defendant Peach Tree Commercial Capital, LLC*

9398914v.1

191 Peachtree Tower, Suite 3600
191 Peachtree Street, NE
Atlanta, Georgia 30303-1740
Phone: 404-522-8220
Fax: 404-523-2345
Email: mlefkow@csvl.law

\* The above counsel certify that this document was prepared in Times New Roman 14-point font, one of the fonts and typeface sizes allowed by the Local Rules of the Northern District of Georgia, LR 5.1C.

9398914v.1