**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| KEVIN BACHHUBER, on behalf of himself and others similarly situated, | :<br>: CIVIL ACTION FILE NO. 4:25-cv-<br>: 00214-WMR |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PEACH TREE COMMERCIAL CAPITAL, LLC. | : |
| | : |
| Defendants. | : |
| | : |
| _____/ | |

## <u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED AND DATED this 4th day of September, 2025.

*s/ Anthony I. Paronich*_____
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043

Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com