IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| KEVIN BACHHUBER, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. ) 4:25-CV-00214-WMR |
| vs. | ) ) ) |
| PEACH TREE COMMERCIAL CAPITAL, LLC, | ) ) ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COME NOW the Plaintiff Kevin Bachhuber and the Defendant Peach Tree Commercial Capital, LLC, and stipulate pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii) to dismissal of this action without prejudice.

Respectfully submitted, this 4th day of September, 2025.

                                COPELAND, STAIR, VALZ & LOVELL, LLP
                                */s/ Mark D. Lefkow*
                                MARK D. LEFKOW
                                Georgia Bar No.: 004289
                                *Attorneys for Defendant Peach Tree Commercial Capital, LLC*

9790038v.1

191 Peachtree Tower, Suite 3600
191 Peachtree Street, NE
Atlanta, Georgia 30303-1740
Phone: 404-522-8220
Fax: 404-523-2345
Email: mlefkow@csvl.law

                                    PARONICH LAW, P.C.

                                    */s/Anthony I. Paronich*
                                    ANTHONY I. PARONICH
                                    *Admitted Pro Hac Vice*
                                    *Attorneys for Plaintiff Kevin Bachhuber*

350 Lincoln Street, Ste. 2400
Hingham, MA 02043
Phone: 617-485-0018
Email: anthony@paronichlaw.com

\* The above counsel certify that this document was prepared in Times New Roman 14-point font, one of the fonts and typeface sizes allowed by the Local Rules of the Northern District of Georgia, LR 5.1C.

9790038v.1